IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLESEGUN O. BELLO,<br>　　　Plaintiff,<br><br>v.<br><br>MILLIMAN, INC.,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>No. 3:25-CV-474-N-BW |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, Defendant's Motion to Enforce Settlement (Doc. 32) is GRANTED. This action will be dismissed with prejudice by separate judgment based on the parties' settlement agreement.

**SO ORDERED.**

**SIGNED** on February 20, 2026.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE